Walter F. TANT and Alice Tant, His Wife, v. B. C. SCHRAM, Receiver of First National Bank-Detroit.

No. 7915.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1939.

Edmund M. Sloman, of Detroit, Mich., for appellants.

Robert S. Marx and Lawrence Levi, both of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On reading and filing the stipulation of the parties hereto, for dismissal of the appeal in the above entitled matter and the Court being advised in the premises, it is hereby ordered that the appeal in the above entitled cause to this Court be, and the same is hereby, dismissed, with prejudice to appellant.